**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CANDACE MOTT, individually and** | ) | |
| **on behalf of her minor child E.J., and** | ) | |
| **LILLIAN ROUSSEAU, individually** | ) | |
| **and on behalf of her minor child M.C.,** | ) | |
| | ) | **NO. 3:16-cv-02503** |
| **Plaintiffs** | ) | **CHIEF JUDGE CRENSHAW** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

## <u>ORDER</u>

Pending before the Court is a Motion to Dismiss filed by the United States (Doc. No. 15).

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion is **GRANTED**, and this action is **DISMISSED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE